# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

| | |
|---|---|
| SCOMA CHIROPRACTIC, P.A., individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) Case No. 2:16-cv-143-FtM-38CM |
| v. | ) ) |
| KABBAGE, INC., LOANME, INC. and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, SCOMA CHIROPRACTIC, P.A., hereby gives written notice pursuant to Local Rule 3.08 to the Court that the parties have reached a settlement in this case that will resolve all of the issues raised in this dispute and dispose of this entire action. The parties anticipate filing a Stipulation of Dismissal with Prejudice once the settlement has been finalized, within the next twenty-one days.

Respectfully submitted,

SCOMA CHIROPRACTIC, P.A., individually and as the representative of a class of similarly-situated persons

s/ Ryan M. Kelly
Ryan M. Kelly – FL Bar No.: 90110
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone: 847-368-1500
rkelly@andersonwanca.com
Email: rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                  /s/ Ryan M. Kelly